429 A.2d 750

Commonwealth ex rel. Rodgers v. Rodgers.

Appeal of Dorothy S. Rodgers.

Petition for Allowance of Appeal Denied May 11, 1981.

Submitted September 11, 1980.   Dorothy S. Rodgers, for appellant, in propria persona;   Fred T. Cadmus, 3rd, for appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed.

429 A.2d 750

Commonwealth ex rel. Shames v. Shames, Appellant.

Argued December 4, 1979.   Ellis M. Saull, for appellant;   Michael Flanagan, for appellee.

Before PRICE, WATKINS and HOFFMAN, JJ.

Order affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.